UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATALIE BRUESCH,<br><br>                Plaintiff,<br><br>    v.<br><br>WINCO FOODS,<br><br>                Defendant. | CASE NO. 2:22-cv-00113-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) On June 21, 2022, the Court granted *pro se* Plaintiff Natalie Bruesch a second opportunity to amend the still-deficient complaint and provided a deadline of July 21, 2022.

(2) Over thirty (30) days have passed since this deadline, and Plaintiff has not filed an amended complaint (or any other filings) in this case.

(3) The Court therefore DISMISSES this case WITH PREJUDICE.

MINUTE ORDER - 1

Dated this 22nd day of August 2022.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk